MATTHEW MULLER & JENNY BAKER
Name and Prisoner/Booking Number

SOLANO JAIL
Place of Confinement

500 WJOJAVE.
Mailing Address

FF, CA 94533
City, State, Zip Code

FILED

JUN - 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MULLER & JENNY BAKER<br>(Full Name of Plaintiff)    Plaintiff,<br><br>v.<br><br>(1) LT. MASHBURN<br>(Full Name of Defendant)<br><br>(2) _____<br><br>(3) _____<br><br>(4) _____<br>    Defendant(s).<br>☐ Check if there are additional Defendants and attach page 1-A listing them. | CASE NO. 2:19 CV 1047 DB<br>(To be supplied by the Clerk)<br><br><br>**CIVIL RIGHTS COMPLAINT<br>BY A PRISONER**<br><br>☒ Original Complaint<br>☐ First Amended Complaint<br>☐ Second Amended Complaint |

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred: _____ Solano Jail _____.

## B. DEFENDANTS

1. Name of first Defendant: _____MADHBURN_____. The first Defendant is employed as:
   _____LT_____ at ___SOLANO Jail_____.
           (Position and Title)                   (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
           (Position and Title)                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
           (Position and Title)                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
           (Position and Title)                   (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

**CLAIM I**

1. State the constitutional or other federal civil right that was violated: _8TH. AMENDMENT_____.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

LT. NASHBURN IS DENYING MATTHEW MULLER & JENNY BAKER
ACCESS TO EXERCISE & NATURAL SUNLIGHT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
NO EXERCISE OR SUNLIGHT VITAMIN D DEFICIENCY.
THIS IS CRUEL & UNUSUAL PUNISHMENT

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?     ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?     ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____

_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?    ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: $10,000,000.00 | J PUNITIVE DAMAGES

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___6·4·19___
                  DATE

___N/A___

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

SIGNATURE OF PLAINTIFF

MATTHEW MULLER & JERRYBAKE

_____

(Signature of attorney, if any)

_____

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _86 · 03_ 20_/2_

To: Warden

Approved _____

I hereby request that my Trust Account be charged $_____for the purpose stated below and authorize the withdrawal of that sum from my account:

_____D · 0011 9_____
NUMBER

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE _____

_____

_____

_____

NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW  name and address of person to whom check is to be mailed.

NAME _U. S. DISTRICT COURT FOR_

ADDRESS _EASTERN DISTRICT OF CALIFORNIA_
_501 I ST. STE 4-200_
_SACRAMENTO, CA 95814_

_____

PRINT YOUR FULL NAME HERE