Matthew D. Muller
1684 Decoto Rd. #274
Union City, CA 94587




UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MULLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASHBURN, <br><br> Defendant. | No. 2:19-cv-1047 DBP <br><br> **PUTATIVE PLAINTIFF MATTHEW MULLER'S MOTION TO STRIKE (VERIFIED)** |

The putative Plaintiff Matthew Muller respectfully moves to strike his name and information from the instant matter — and from all derivative matters — on grounds that he did not file the Complaint nor consent to its filing.

In support of this request, Mr. Muller states as follows:

1.  I did not file the Complaint in this matter and did not consent to its filing.

2.  I am in custody in Solano County, but do not recall the inmate and named Plaintiff Jerry Baker. It is possible I encountered him briefly at the facility from which the Complaint was sent. However, I have no memory of it and was transferred from that facility six months ago.

3.  I do not know why Mr. Baker would file a Complaint on my behalf, nor if the complaint was even filed by him.

WHEREFORE Mr. Muller's name and information should be struck from the files in this matter. Mr. Muller respectfully requests that any continuing records of this filing reflect that he was never a party to this matter nor to any derivative matter, to ensure he is not assessed a strike under 42 U.S.C. § 1997e.

Dated: June 21, 2019        Signed: _____
                                    Matthew D. Muller

## VERIFICATION

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Done this twenty-first day of June, 2019, in Fairfield, California.

Signed: _____
        Matthew D. Muller